UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------

WORLD WAREHOUSE AND DISTRIBUTION, INC.

        Plaintiff, Counter-Defendant,

    vs.                                        No. 8:11-CV-307
                                                       (NAM/DRH)
STEVEN & COMPANY,

        Defendant, Counter-Claimant.

----------------------------------------------------------------------

APPEARANCES:                             OF COUNSEL:

Gravel, Shea Law Firm               Andrew D. Manitsky, Esq.
P.O. Box 369
76 St. Paul Street
Burlington, VT 05402-0369
Attorney for Plaintiff

Whiteman, Osterman Law Firm      John J. Henry, Esq.
One Commerce Plaza
Suite 1900
Albany, NY 12260
and
Arnstein, Lehr Law Firm             David S. Wayne, Esq.
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
Attorneys for Defendant

**Norman A. Mordue, Chief U.S. District Judge**

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

      The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled. Counsel has also advised the Court that no infant or incompetent is a party to this action.  Accordingly,

pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

ORDERED, as follows:

1)  The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty days of the date of the filing of this order upon a showing that the settlement was not consummated;

2)  The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language "**that no party hereto is an infant or incompetent**" in compliance with N.D.N.Y.L.R. 41.3; and

3)  The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

IT IS SO ORDERED
Date:   September 7, 2011

_____
Norman A. Mordue
Chief United States District Court Judge