UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

WORLD WAREHOUSE AND DISTRIBUTION, INC.

        Plaintiff, Counter-Defendant,

    vs.                                          No. 8:11-CV-307
                                                    (NAM/DRH)

STEVEN & COMPANY,

        Defendant, Counter-Claimant.

---------------------------------------------------------------------------

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Gravel, Shea Law Firm<br>P.O. Box 369<br>76 St. Paul Street<br>Burlington, VT 05402-0369<br>Attorney for Plaintiff | Andrew D. Manitsky, Esq. |
| Whiteman, Osterman Law Firm<br>One Commerce Plaza<br>Suite 1900<br>Albany, NY 12260<br>and | John J. Henry, Esq. |
| Arnstein, Lehr Law Firm<br>120 South Riverside Plaza<br>Suite 1200<br>Chicago, IL 60606<br>Attorneys for Defendant | David S. Wayne, Esq. |

**Norman A. Mordue, Chief U.S. District Judge**

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

      The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled. Counsel has also advised the Court that no infant or incompetent is a party to this action.  Accordingly,

pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

ORDERED, as follows:

1) The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty days of the date of the filing of this order upon a showing that the settlement was not consummated;

2) The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order unless any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language "**that no party hereto is an infant or incompetent**" in compliance with N.D.N.Y.L.R. 41.3; and

3) The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

IT IS SO ORDERED
Date:   September 7, 2011

Norman A. Mordue
Chief United States District Court Judge